Abner T. Bowen et al., appellees, v. Peter Croarkin, appellant. Gen. No. 33,736.

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.

Edward McTiernan, for appellant; Francis E. Croarkin, of counsel. Franklin Raber, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Rollin Coleman, appellee, v. Michael Wrobel et al., defendants, on appeal of Builders Bond & Mortgage Company, appellant. Gen. No. 33,960.

Opinion filed December 31, 1929.

Joseph Rosenberg, for certain appellant; Philip R. Toomin, A. L. Stein and Everett Lewy, of counsel. Pritzker & Pritzker, for appellee; R. L. Freeman, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Frieda Goessele, appellant, v. Federal Life Insurance Company, appellee. Gen. No. 33,389.

Opinion filed January 2, 1930.

William McKinley and Paul E. Price, for appellant. Loucks, Eckert & Peterson, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Estelle K. White, appellant, v. Universal Real Estate Improvement Corporation, appellee. Gen. No. 33,467.

Opinion filed January 2, 1930.

Byron Tyler and Hugh W. Housum, for appellant. Peden, Kahn & Murphy, for appellee; Gerald Ryan, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.